```
                                    FILED
                                  AUG - 7 2008
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2608-JAH |
| ) | |
| Plaintiff, ) | **I N F O R M A T I O N** |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony); |
| MIGUEL ANGEL MEJIA-BONILLA ) | Title 8, U.S.C., Sec. 1325 - |
| AKA: Guillermo Mendoza-Cruz, ) | Illegal Entry (Felony) |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about May 2001, within the Southern District of California, defendant MIGUEL ANGEL MEJIA-BONILLA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction in 1998 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United

//

//

CEK:mg:San Diego
8/5/08

States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 2

On or about July 8, 2008, within the Southern District of California, defendant MIGUEL ANGEL MEJIA-BONILLA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on January 12, 2006 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/7/08

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney