AO 455(Rev. 5/85) Waiver of Indictment

FILED

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL ANGEL MEJIA-BONILLA<br>AKA: Guillermo Mendoza-Cruz | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08CR 2608-JAH |

I, <u>MIGUEL ANGEL MEJIA-BONILLA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  8-7-08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

×  miguel mejia
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

Translated by: Danielle Leyva on 8/4/08